# Court of Appeals of the State of Georgia

ATLANTA,  March 17, 2021

*The Court of Appeals hereby passes the following order:*

## A21D0230. CIRCLE K STORES, INC. v. SHARON BELTON RIDLEY et al.

The trial court entered a default judgment in December 2020 against Circle K Stores, Inc. ("Circle K") as to liability in a case filed by Sharon Belton Ridley. Circle K filed a motion to open default, which the trial court denied. Circle K then sought interlocutory review of those orders, but we dismissed its application as untimely filed. See Case No. A21I0106 (dismissed Jan. 13, 2021). Circle K later filed a motion to set aside the default judgment under OCGA § 9-11-60 (d) (3), which the trial court denied in February 2021. Circle K has now filed this application for discretionary review. We lack jurisdiction because no final judgment has been entered in this case.

"Generally, an order is final and appealable when it leaves no issues remaining to be resolved, constitutes the court's final ruling on the merits of the action, and leaves the parties with no further recourse in the trial court." *Thomas v. Douglas County*, 217 Ga. App. 520, 522 (1) (457 SE2d 835) (1995). Here, although the trial court entered default judgment against Circle K as to liability, the court did not award damages. A default judgment as to liability only is not a final ruling if the issue of damages remains pending in the trial court. See *Rapid Taxi Co. v. Broughton*, 244 Ga. App. 427, 428 (1) (535 SE2d 780) (2000) (judgment is not final unless it disposes of the entire case); *Holloway v. McMichael*, 151 Ga. App. 802, 802-803 (261 SE2d 747) (1979) (case not final where issue of damages reserved). In order to appeal the order, Circle K was required to comply with the interlocutory appeal procedure and obtain a certificate of immediate review. See OCGA § 5-6-34 (b). Because Circle K failed

to follow the requisite procedure, we lack jurisdiction to consider this application, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* __03/17/2021__
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*